# WEINER LAW GROUP LLP

629 Parsippany Road
Parsippany, New Jersey 07054
P (973) 403-1100 F (973) 403-0010
www.weiner.law

STEFANI C SCHWARTZ
Member of the Firm

sschwartz@weiner.law

March 2, 2020

**VIA E-FILING**

Hon. Joseph A. Dickson, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street, Courtroom MLK 2D
Newark, NJ  07101

> Re:  **Richard Zelma v. PENN LLC d/b/a PULSETV.COM, et al.**
> **Civil Case No. 2:19-cv-08725-JMV-JAD**
> **Our File No. 23165**

Dear Judge Dickson:

Please be advised that this office represents Defendants, Penn, LLC d/b/a PulseTV.com, Pulse Direct, Inc. d/b/a PulseTV.com, and Jaffer Ali ("Defendants"), in the above-referenced matter.

The initial scheduling conference is now scheduled for April 8, 2020. At this time, the Defendants wish to address the early disclosure requirements at the conference. We are also hoping that perhaps this case can be resolved and perhaps a settlement conference can be calendared in short time.

Respectfully submitted,

WEINER LAW GROUP LLP

By: _____
STEFANI C SCHWARTZ
A Member of the Firm

SCS/djr

cc:   Richard Zelma – via email and Regular Mail

1773707_1.docx

Parsippany ♦ Red Bank ♦ Bridgewater ♦ New York City